**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| JOE NATHAN GREEN | PETITIONER |
| vs. | Civil Action No. 3:03-cv-917 WS |
| LAWRENCE KELLY and MIKE MOORE | RESPONDENTS |

### FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the petition for writ of habeas corpus is dismissed with prejudice. The above-styled and numbered cause is fully and finally dismissed.

**SO ORDERED, THIS THE 21st DAY OF JUNE, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**